IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**LOIS ANN MANGUM**                                                           **PLAINTIFF**

**VS.**                                                 **CAUSE NO. 3:08cv712-HTW-LRA**

**SANDERSON FARMS, INC.**                                        **DEFENDANT**

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is now before the Court upon the motion of the Plaintiff, Lois Mangum, with the agreement of the Defendant, Sanderson Farms, Inc., for dismissal of this action with prejudice. The Court is fully advised in the premises and is of the opinion that the motion is well-taken and should be granted. Accordingly, it is

**ORDERED AND ADJUDGED** that this action shall be and the same is hereby fully and finally dismissed with prejudice, with each party to bear their or its own costs and attorneys' fees.

**SO ORDERED AND ADJUDGED**, this the 29th day of July, 2009.

                                                 s/ HENRY T. WINGATE
                                                 CHIEF UNITED STATES DISTRICT JUDGE

**AGREED:**

s/Jonathan B. Fairbank
**JONATHAN B. FAIRBANK,
COUNSEL FOR PLAINTIFF**

s/Amy C. Felder
**WALTER J. BRAND,
AMY C. FELDER, COUNSEL FOR
SANDERSON FARMS, INC.**

1